UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN G. MENDOZA,

                      Plaintiff,

           -against-

FDIC – FEDERAL DEPOSIT INSURANCE
CORPORATION,

                    Defendant.

23-CV-11285 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 11, 2024, the Court directed Plaintiff, within 30 days, to resubmit her request to proceed *in forma pauperis* ("IFP") with an original signature. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not submitted a signed IFP application. Accordingly, the Court dismisses this action without prejudice. *See* Fed. R. Civ. P. 11(a); 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   March 5, 2024
         New York, New York

                           /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                         Chief United States District Judge