UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN G. MENDOZA,<br><br>        Plaintiff,<br><br>  -against-<br><br>FDIC – FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>        Defendant. | 23-CV-11285 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 5, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 5, 2024
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge